**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 5, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00188-CV

---

### IN RE TARGET CORPORATION, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-DCV-306488**

---

## MEMORANDUM OPINION

On Thursday, March 28, 2024, relator Target Corporation filed an amended petition for a writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Surendran Pattel, presiding judge of the 240th District Court of Fort Bend County, to vacate his February 12, 2024 oral ruling granting real party in interest's "Motion for Leave to File Late Response to [Relator's] Motion for

Summary Judgment" and his February 22, 2024 "Order Denying [Relator's] Motion for Summary Judgment."

On October 23, 2024, relator filed a notice of settlement and motion to dismiss this original proceeding because the parties are working to finalize settlement.

We grant relator's motion to dismiss and dismiss the petition for a writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.